FILED
JUL 21 2015
JULIE RICHARDS JOHNSTON, CLERK
US DISTRICT COURT, EDNC
BY_____ DEP CLK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:14-CR-251-BO

| UNITED STATES OF AMERICA | ORDER GRANTING MOTION TO SEAL |
|---|---|
| v. | |
| ENMANUEL LUGO | |

On motion of the Defendant and for good cause shown, it is hereby ORDERED that the Defendant's Motion to Modify Release Conditions be sealed until otherwise ordered by the Court, except that copies may be provided to the United States Attorney's Office and Counsel for the Defendant.

This 21 day of July, 2015.

TERRENCE W. BOYLE
United States District Court Judge