IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:14-CR-251-1BO

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| ENMANUEL LUGO | ) |

**FINAL ORDER OF FORFEITURE AS TO SUBSTITUTE ASSET**

WHEREAS, on December 16, 2015, this Court entered a Preliminary Order of Forfeiture as to Substitute Property under the provision of 18 U.S.C. § 981(a)(1)(C), forfeiting to the United States the defendant's interest in certain property, to wit: $28,700.00 U. S. currency voluntarily paid by Defendant Lugo and currently held by the U. S. Marshal Service in the forfeiture account;

AND WHEREAS, the United States published notice of this forfeiture at the www.forfeiture.gov web site for at least 30 consecutive days, between December 29, 2015 and January 27, 2016, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty of Maritime Claims and Asset Forfeiture Actions. Said published notice advised all third parties of their right to petition the court within sixty (60) days from the first day of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

1

AND WHEREAS, it appears from the record that no claims, contested or otherwise, have been filed for the subject currency described in this Court's December 16, 2015 Preliminary Order of Forfeiture as to Substitute Asset, other than those specifically mentioned herein;

It is HEREBY ORDERED, ADJUDGED and DECREED:

1. That the subject personal property listed in the December 16, 2015 Preliminary Order of Forfeiture as to Substitute Asset is hereby forfeited to the United States. That the United States Marshal Service is directed to dispose of the currency according to law.

2. That any and all forfeited funds shall be deposited by the United States Department of Justice as soon as located or recovered into the Department of Justice's Assets Forfeiture Fund in accordance with 28 U.S.C. § 524(c) and 21 U.S.C. § 881(e).

The Clerk is hereby directed to send copies of this Order to all counsel of record.

SO ORDERED this __18__ of day __April__, 2016.

_Terrence Boyle_
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE

2